UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JESSE H. CURRY,

Petitioner,

v.

WARDEN BRUTON,

Respondent.

Civil No. 00-2480 (PAM/SRN)

ORDER

On November 8, 2000, Petitioner filed a petition for writ of habeas corpus claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility at Oak Park Heights, Minnesota. It appears on the face of the petition, however, that this action may not have been commenced within the time limits prescribed by 28 U.S.C. § 2244(d). Therefore, the merits of the petition will not be addressed unless Petitioner is able to demonstrate that his petition is not time-barred.

Petitioner will be ordered to show good cause, if any exists, why the instant petition should not be summarily dismissed pursuant to § 2244(d). Petitioner's response to this Order should include a complete chronology of the legal proceedings that followed his conviction, so the Court can properly determine when the statute of limitations began to run and when the statute may have been tolled pursuant to 28 U.S.C. § 2244(d)(2). More specifically, Petitioner's response must include an affidavit that identifies all of the various state post-conviction proceedings that he has commenced, and indicates the dates when each such proceeding was commenced and completed at the trial court level and at the various appellate court levels (if applicable).

FILED NOV 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Petitioner must file his response to this Order by no later than December 8, 2000, failing which it will be recommended that his habeas corpus petition be dismissed with prejudice. If Petitioner does file a timely response, the parties shall thereafter await the further order of the Court.

Based upon the above, and upon all the files, records, and proceedings herin,

IT IS HEREBY ORDERED that:

(1) On or Before December 8, 2000, Petitioner shall submit a written memorandum and affidavit showing cause why his petition should not be summarily dismissed pursuant to 28 U.S.C. § 2244(d).

(2) If Petitioner does not file the written response required by this Order within the time allowed, it will be recommended that the petition be summarily dismissed with prejudice.

(3) If Petitioner does file a timely response to this Order, the parties shall thereafter await the further order of the Court.

Dated: November 13, 2000

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge