UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jesse H. Curry,

Civ. File No. 00-2480 (PAM/SRN)

Petitioner,

v.

**ORDER**

James Bruton, Warden,

Respondent.

---

This matter is before the Court on Petitioner's request to file untimely objections to Magistrate Judge Susan R. Nelson's Report and Recommendation dated January 4, 2001. The Court has carefully reviewed Petitioner's submission. On the basis of that review, the Court declines to grant Petitioner's request to file untimely objections. Even if the Court were to consider Petitioner's late submission, it is apparent that Petitioner's Objections to the Report and Recommendation are without merit.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Motion for Extension on Objection to the Report and Recommendation (Clerk Doc. No. 10) is **DENIED**.

Dated: January 31, 2001

Paul A. Magnuson
United States District Court Judge

FILED FEB 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________